Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　 )<br>　　　　v. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　 )<br>DALE N. FRANTZ, 　　　　　　　　)<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　Defendant. )<br>　　　　　　　　　　　　　　　　 ) | NO. CR10-5431RJB<br><br>**NOTICE OF RELATED CASE** |

　　　　The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Thomas M. Woods, Assistant United States Attorney for said District, respectfully notifies the Court about a related case.

　　　　On June 29, 2010, the government filed an information in this matter that was assigned to the Honorable Robert J. Bryan. The government also filed at the same time an information against Michael Newman that was assigned to the Honorable Benjamin J. Settle. *See United States v. Newman*, CR10-5432BHS.

　　　　The two cases arise out of the same set of circumstances. The informations allege that Messrs. Frantz and Newman conspired together to defraud Auto Warehousing Company. The two defendants were charged in separate charging documents because the government alleges that Mr. Frantz was involved in a broader scheme to defraud Auto Warehousing Company that in some respects did not involve Mr. Newman. The government believes that it would conserve

NOTICE OF RELATED CASE - 1
FRANTZ (CR10-5431-RJB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  judicial resources if the two cases are consolidated, and also would help ensure that the two
2  defendants are sentenced consistently.
3
4  DATED this 30th day of June, 2010.
5                                  Respectfully submitted,
6                                  JENNY A. DURKAN
                                   United States Attorney
7
8                                  s/Thomas M. Woods
                                   THOMAS M. WOODS
9                                  Assistant United States Attorney
                                   United States Attorney's Office
10                                 700 Stewart Street, Suite 5220
                                   Seattle, Washington 98101-1271
11                                 Phone: 206-553-4312
                                   Fax:   206-553-6934
12                                 E-mail: thomas.woods2@usdoj.gov

NOTICE OF RELATED CASE - 2
FRANTZ (CR10-5431-RJB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of June, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I also sent a copy to Brett Purtzer, Esq., via email at brett@hesterlawgroup.com.

DATED this 30th day of June, 2010.

```
                              s/Thomas M. Woods
                              THOMAS M. WOODS
                              Assistant United States Attorney
                              United States Attorney's Office
                              700 Stewart Street, Suite 5220
                              Seattle, Washington 98101-1271
                              Telephone: 206-553-4312
                              FAX: 206-553-6934
                              E-mail: thomas.woods2@usdoj.gov
```

NOTICE OF RELATED CASE - 3
FRANTZ (CR10-5431-RJB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970