Judge Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR10-5431RJB-001 |
| ) | |
| vs. ) | LETTERS IN SUPPORT |
| ) | OF DEFENDANT FRANTZ |
| DALE N. FRANTZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the defendant, Dale Frantz, by and through his attorney, Brett A. Purtzer, and submits the following.

Attached hereto are letters submitted on behalf of Mr. Frantz that the court is asked to consider at the time of sentencing in the above-captioned case.

**DATED** this 9th day of December, 2010.

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

By_____
Brett A. Purtzer
WSB #17283

## CERTIFICATE OF SERVICE

Lee Ann Mathews, hereby certifies under penalty of perjury under the laws of the State of Washington, that on December 9, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the plaintiff and co-defendants, and hereby certify that I have mailed the document by U.S. Postal Service to Dale N. Frantz, defendant.

Signed at Tacoma, Washington this 9th day of December, 2010.

_/s/ Lee Ann Mathews_
Lee Ann Mathews

Honorable Judge Bryan:

My name is Dale Frantz, and I am a thief. Not exactly what I wanted the description of my life to be, but it is the truth. When I was young I had so many thoughts, hopes and dreams for my life, but never in my wildest dreams did I think I would end up here.

This has been a long and tortured journey that is ending today in your courtroom. As the pre-sentence report indicates, I have struggled with stealing throughout most of my adult life. I've never understood why I have the compulsions to steal in times of financial distress rather than to seek out other alternatives.

I am thankful for this case. In my entire life I've never accepted responsibility for my actions. In the prior case where I went to jail I did not take responsibility for the crime. I was found guilty at trial, but mentally never accepted the blame that went with the theft. I fought the case until the bitter end, and even when I lost I maintained my defiant attitude. I think the fact that I'd always run away from the guilt and blame has resulted in my failures in this case.

I was relieved on the day I was terminated from AWC. Relieved of the pressure of the job, but more importantly it meant that the double-life of "successful executive" and "embezzler" was over. A lot changed on that day and in the days immediately following. I made some key decisions for my life that has shaped my behavior since, and I hope is making permanent changes for the future.

The first decision I made was to accept full responsibility for my actions. No running away, no trying to hide or deflect, no longer being defiant. I clearly stated I was guilty to AWC, to my lawyer, and ultimately to you and this court. I have tried to comply with every directive and instruction I have been given by the authorities.

The second decision I made was to get help. As I mentioned above, I've never understood how my decision making "system" was so flawed as to allow the criminal behavior that has destroyed my life and my family. I had no idea who to call or where to turn for help, so I simply looked up a local Psychiatrist in Google. In early November 2009 I had my first appointment with Dr. Trenton Williams with Rainier Associates. After two sessions with Dr. Williams he determined that he would not be able to help me with this behavior problem. He referred me to Dr. Mark Whitehill, a Forensic Psychologist, who I have been seeing for treatment almost weekly for the last year. I don't have insurance, but Dr. Whitehill has been accepting smaller payments for the treatments so I can continue to see him. I think the treatment has been helpful and is making positive changes in my life.

After my termination from AWC I determined early on that I did not want to seek full-time employment anywhere else until I had a better understanding of why I had the propensity to steal – and, more importantly, had either solved the problem or

put in place protective measures to insure that this behavior was stopped. I did not want to put another employer at risk by hiring me.

My treatment with Dr. Whitehill has been very helpful. For the first time in my life I've been able to honestly deal with the failures in my life, and tear open all of the wounds to help them heal. Many times after I leave his office I feel awful about myself and the things I've done, but with his help I know I will conquer this problem and have a different future.

I have created a nightmare scenario for my wife and family. Our personal finances are devastated. In preparation for imprisonment and as an effort to help my wife and children get through this my wife and I filed bankruptcy last July. Due to the criminal case the bankruptcy was denied, and the full weight of all of our debt will rest solely on my wife's shoulders while I'm gone. My wife had not worked outside the home for most of our 25 years of marriage. She recently completed her CNA certificate and is now working full-time in an Alzheimer's Treatment facility. I think she also will be bearing the burden of the tax liability of this case – I am working on that part also, trying to make sure that I've accurately reported the theft income on my returns so that I don't inadvertently commit a tax crime.

I am fortunate to be blessed by a wonderful wife and family. Angie and I will be married for 25 years on December 14. I have three fantastic kids, Daniel (23), Travis (20), and Lindsay (19). Travis and Lindsay are both in college and also working full time. Lindsay lives on her own in Tacoma while going to school and working. Daniel and Travis have committed to staying with their mom while I'm away, and dedicating their income to helping meet the family expenses.

Unless something drastically changes I will be repaying the financial debt incurred in this crime for many years to come – but I *will* get it repaid in full. I intend on continuing my counseling with Dr. Whitehill until I leave for prison, and then will plan on starting again immediately upon my release. The successful treatment and the establishment of realistic action plan to prevent a future reoccurrence is vital to my ability to thrive in the future.

One of the most painful "collateral damages" of my case was the charging and conviction of Michael Newman, a young man who had absolutely no knowledge that a crime was being committed. He believed in me completely, and I betrayed his trust and let him down. The fact that he will have the stain of a felony conviction on his permanent record, and that it is entirely my fault he has it will haunt me for the rest of my life.

In conclusion, I am continuing the course of accepting full responsibility. I hope there is nothing in this letter that can be viewed as me trying to defend my actions, for there is no defense. I am very sorry for what I've done and to the damage it caused at AWC. The financial damage is only part, but the betrayal of trust for my fellow employees had to be devastating. I hope that the company has been able to

repair the damage I caused, and I hope that the conclusion of this case will bring closure for them.

I look forward to the day when I can say that I have worked hard to pay my debt to AWC and to society in full. Until then I will dedicate my life to that purpose.

Thank you.

*Dale N. Frantz* (signature)

Dale N. Frantz

December 1st, 2010

Honorable Judge Byran,

My name is Daniel Frantz, son of Dale Frantz, the Defendant. I write this letter so that I may share my perspective on my father, and so that you can know a little bit more about the man that you're tasked with sentencing.

First, I should probably tell you a little bit about myself. I'm 23 years old, and I live with my family in Gig Harbor, WA. I work as a manager for a local produce market in town, my duties primarily centered around marketing and graphics design. I'm an aspiring photographer and video production artist, but have set those goals aside for the time being so that I can remain at home and support my family.

I feel very blessed to have been born with the Dad that I have, despite his recent faults. Speaking from a home-perspective, he's been the ideal parent my entire life. Growing up, he was never too busy to spend time with my sister and I. I could go to him with anything and was there 24/7. He's never yelled at me once in my entire life, and as a child I was never disciplined beyond grounding or a minor spanking (if I really acted up). Some of my favorite memories as a kid involve family movie night or when he'd spend hours of his time playing computer games with my friends and I. He's always been faithful and dedicated to my mom, Angie. He's never been abusive, and I've never once seen him raise his voice at her or be disrespectful in any way. I've known many people from broken homes of all shapes and sizes, and I'm grateful that I've never had to deal with that type of personal hardship. I attribute my stability as an individual to my parents stability and consistency with my upbringing.

As I've gotten older, my Dad and I have still maintained a great relationship, and I will say he's one of my best friends. Every week I look forward to Sunday afternoons when we get together to barbecue, watch football, and catch up on the happenings of the week. Even now, in light of his personal failures, I still love him and hold no resentment towards him.

I know over the past couple years my Dad's had a lot on his plate. After getting settled out here and committing to house and car loans, the health of my grandparents on both sides of the family started to decline rapidly, and the weight of their financial burdens fell to him. As he's never been greedy person, I believe this is what led to his downfall.

Dad's parents moved out here from Indiana a few years ago, and caring for them has virtually been a full time job. My grandmother, Joan, has serious dementia, and my grandfather, Tom, has severe diabetes and residual health problems due to his service in World War II. Dad takes them around to all of their doctors' appointments, does all of their shopping, and has to visit their residence every night to make sure their medicines are in order, and to administer an insulin shot to my grandfather.

My mom's parents live on a very limited income. Her dad has been a humble, hard-working, self-employed carpenter in small town Indiana his entire life. However, as he's reached his 70s, his health has declined to the point that it's nearly impossible for him to do that kind of work anymore. Outside of what he gets from Social Security, he and my grandma don't have much money, and the duty fell to my Dad to make sure they were provided for.

December 1st, 2010

    Anyways, the point of this letter is to plead for you to show some degree of mercy. I'm sure in your position you get a lot of letters of this kind, but I assure you this one comes from the bottom of my heart. At this age, most people go to college and get married, but I'm not going to have the benefit of either until this situation is resolved. It's going to be my duty to take care of my Mom and my grandparents from now on, and there's really nobody else who can help. That's why I plead for house arrest or some sentence where discipline can be enforced, and justice can be done, but in such a way that my family may continue to function on some level. We're already losing our house, their vehicles, and most of our possessions, and as a family we can't go anywhere in town without receiving dirty looks, or overhearing gossip about our situation. I'm not asking you to condone my father's faults, I'm just asking for any possible helping hand to a family that's already going through hell.

Thank you for your time.

-Daniel Steven Frantz

Your Honor,

I am writing on behalf of my husband Dale Frantz, who will be appearing before you for sentencing. Dale and I will be celebrating our 25th wedding anniversary on Dec. 14th of this year, at a time when celebrating is tough to do in light of the mistakes and consequences that Dale must now face. We have in that 25 years developed a strong and loving bond as husband and wife and raised 3 wonderful children, Daniel (23), Lindsay (19) and Travis (20). We are not the typical family that you find today, in that we still spend most evenings together as a family, sharing a family meal and spending time together. We have a strong faith, and are in church together every week as a family, this faith is what has sustained us through the difficult times of the last year and a half.

I know the court looks at Dale as just an offender, but our family looks at him as so very much more than that. Dale has been a constant faithful companion to me and a strong loving father to our children. He has been a provider, not just to us, but to his parents as well as to mine. He is someone who our children's friends will come to and seek wisdom from, he is an integral part of so many lives. I have seen him change so much in the last year, he longs to just live a simple minimal life. His weekly counseling with Dr. Whitehill has been so beneficial. He is a more humble man and he has never been mean spirited in any way. Dale has sought my forgiveness for his mistakes and I have forgiven him. I love him deeply.

In the last 3 years we had a young man (Travis) who was a friend of our daughter's come live with us, we now consider him our 3rd child. Travis as a Senior in high school went through having his dad sent to prison for child molestation and his mom relocate and remarry and he had no where to go. We invited him to come live with us, Dale was able to work with him and get him on track to graduate high school. Dale has been his greatest advocate through school and now college. Travis suffers from Aspergers's and Dale continues on a daily basis to counsel him through the emotions and challenges of daily life, school and work, it is not something that comes so easily to me, but Dale's patience with him is amazing. Travis is very task oriented and doesn't deal well with change. He is so frightened of Dale not being around to love him and guide him

Our children Daniel and Lindsay are at a time in their lives when they are looking toward future plans. Daniel works full time and is in a relationship and hopes to become engaged in the next year and then get married. Dale has always been there for him, teaching him new technology, encouraging his passion for photography and video production and loving him unconditionally. Lindsay works full time and is in college full time, she will be graduating next fall. She too is in a relationship and hopes to be engaged next year as well. Lindsay has been involved in vocal performance since she was 4 yrs old. Dale had been her piano accompanist in church, school, and even her graduation performance at the Tacoma Dome. They have a bond through music and she has always been "daddy's little girl." Both kids

need their dad to be here for those significant events in their lives. He has always been there for them for every life event.

We are part time caregivers to his parents, who moved here 5 years ago. Dale has taken on a greater role in this since I have had to go back to work. We are responsible for their medications, showering, providing groceries, and transporting them to their doctor's appointments. Dale's mother has advanced Alzheimer's and his father has diabetes and cirrhosis of the liver. His parents were never very emotionally attached to Dale or our family, but Dale and myself have taken on the role of caregiver out of duty to his parents, they have now become very attached and needy. They have no one else as his sister has lived in Bolivia for 18 years, and rarely visits. Dale's dad is concerned about how much time they have left with him now.

Two years ago my dad became very ill. My parents live a simple, quiet life in the country in Indiana, and dad's illness required them to be in the city of Indianapolis for almost 2 weeks. Dale made sure that I could go be with them, and stay with my mom at the hospital so she wasn't afraid. It was a very trying time for them to be far from home and dealing with dad's illness in a big, unfamiliar place. They are so thankful to Dale for arranging travel and lodging and most importantly working out logistics so that I could be there as their daughter, advocate and caregiver.

I have been a stay at home mom for 23 years and life in the last 1½ years has turned everything upside down. I have gone back to work as a full time caregiver at an Alzheimer's facility, to try to handle some of our expenses, but can't begin to handle the financial load. We are losing our home the first of February and are uncertain where we will live at this time. I long for a simple life with my husband. It is hard to look forward to a future of college graduations, engagements, weddings, future grandchildren and just day to day living without my husband, my best friend.

I ask Your Honor that you would show mercy upon Dale, allow him, us as a couple and we as a family to work together through this difficult situation. I beg the court to be lenient on him with his sentence. I ask that he be allowed to stay at home with us, to continue his counseling with Dr. Whitehill and to find a job and to pay his debt to Auto Warehousing.

Thank you,

*[signature]*

Angela Frantz

The Honorable Judge Bryan:

My name is Travis Miller. I am 20 years old and I am a son of the Frantz family. They did not adopt me (at least in legal terms) and I haven't changed my last name to Frantz, (at least not yet) but the love that we share is nothing that I have ever known before they took me in. My father, Dale Frantz, is the one who took me in at a very difficult time in my life.

I was born into a family in which consisted of a unreliable father who when I was sixteen years old was convicted of child molestation and child rape, a mother who was rarely there for her three children, a sister who took on the role of mother when she was unavailable, a mildly autistic brother who at times was a struggle to deal with, and myself. In the first seventeen years of my life, I didn't know who I was, where I was going to be next, and I didn't have respect for myself or anybody else around me for that matter. After a major breakdown at his house while I was hanging out with his daughter, Lindsay, he came up to me, gave me a hug and told me that everything was going to be all right.

Ever since that moment up until now, my life has changed so much for the better. Because of mentoring and the love of the rest of the family, I know and believe that I am a strong, powerful, wanted, needed, smart, intelligent, loved and good person. He has shown me that I actually do have a future and every day he gives me more tools and advice on how to create it. I am more respectful towards others and myself. Most importantly, he has also led me to a relationship with Jesus Christ. He and this family have done so much for me.

I have always known that in some way, I was different from other kids, and that I would think to myself that I might even have some form of Asperger's syndrome (which is what my biological brother has). When I finally told dad about my worries, he told me that he and mom had talked about that possibility as well and that they have been working on (and still are) trying to help me overcome the obstacles that people with Asperger's syndrome have on a daily basis. To know that I have a family that is always here to support me and want the best for me is amazing.

I am writing this letter to you, Your Honor, to plead that my father would get the lightest sentencing option possible. I know that you must have many cases and that you get tons of pleas and letters saying what I am about to say, but it is true and it is what is right. My father may have made mistakes, but he is not a person who seeks vengeance or wants to do others wrong. If anything, other people who see the actions that he does for others think he is too generous. Other than my mom, Angie Frantz, he is the nicest, most caring, most respectable person I have met (other than my pastor as well).

Our family is at its strongest when we are together. I am at my strongest especially when I am with my dad. He has put so much time, effort, and love into making me into the person that I am that I sometimes take it for granted, and I

realize that when I am not around him, when he is not there to help me when I need. I still need him. I still need his help so that I can become the best man I can be for me, my family, and for the community.

So many crazy things have happened in my life; screenwriters couldn't even make this stuff up. I know that only one person in the universe could have orchestrated the events that have unfolded before me, and He is God. He knew that after 17 years of what seemed like torture and persecution, I would be given this amazing family that would love me for me. A family that contained a father who has been there for me through the toughest situations and the greatest accomplishments, a mother whose smile could brighten anyone's day and who loved, cared and provided to me whatever I needed and wanted, A big brother that has always met what the qualifications of a perfect brother and best friend, and a sister whom even though can be a pain from time to time (like any sibling) is ultimately cool.

I can't imagine what kind of burden it is to make these life-changing decisions on a daily basis. I know that you are the third party looking into this situation trying to figure out what is best, and in that respect, I will pray that you shall make the best decision that you can possibly make. I also plead and beg that you don't take our father away from us. Your Honor, I would like to thank you for taking the time to read my testimony.

Sincerely,

*Travis Miller*

Travis Miller

Honorable Judge Bryan:

      My name is Lindsay Frantz. I am the 19-year-old daughter of Dale Frantz. I am his youngest child. Recent events have led my dad to a sentencing on December 10th. I know my Dad has made mistakes, but he is a good man. He has been the kind of dad kids dream about having. He has been a great dad to me and even many of my friends who have had an absent father. Over the years my dad and I have had a wonderful relationship. I cannot see any part of my life without him in it. I need him around for the events going on in my life. I am currently a student at the Gene Juarez Academy in Federal Way, Washington. I have worked very hard to get to this spot in my life where I can develop a career. I have been at this school since September, 2010, and I am scheduled to graduate November of 2011. The thought of accomplishing this dream of mine and not having my dad in the audience to see me graduate and fulfill my dream I have worked so hard to get to kills me inside. Also, I am in a serious relationship and plan on getting engaged within the next year or year and a half. I don't know how I would handle getting engaged and not being able to go home excited and tell my dad about it. I need him at my wedding. I need him to walk me down the aisle. I can't do it without him. He helped me with my first steps, my first words, my schooling, training me with voice lessons, being my accompaniment for all of my solos at church and school, working with me to get leads in school plays, and get into the top choirs at my school. He has always been my biggest support. He helped me practice to sing at my high school graduation. I need him for these important events that are going to be occurring in my life. We have been in a spot before where money has been tight, but I don't remember those as hard times, because I have had my family. My dad taught me those morals. When he told me we were moving to Washington when I was 8 years old my response was I will go wherever you go daddy and that is still true today. I will always stand by my dad's side and love him with all of my heart. He's my daddy, and I have always been a daddy's girl. My best friend in high school, her parents were divorced, and my parents always included her with our plans. When she and I got dressed up for prom it wasn't that just I looked beautiful but that we looked beautiful. When my

parents said that to her she broke down into tears because she never heard that. My dad has influenced so many people's lives in such positive ways it is almost unbelievable. My "brother" Travis was one of my best friends in high school. He had been going to school with the same people since kindergarten and his senior year his mom remarried and moved to Oregon and his dad was always an absent father who was recently imprisoned for child molestation. Travis had no support. He had no one to care for him and love him and help him through all the stuff in his life. Everything he had learned was a lie and he was abandoned. My dad cleared out a room for him in the basement and let him move in with us. He counseled Travis, helped him understand who he was and that he was nothing like his awful father. I remember one day Travis came upstairs crying and said "I always had a father, but I never felt like I had a Dad until now." It was one of the biggest days in my life. This family has been through so much, it just isn't a family without him there. We need him. We all need him. One of my favorite things every time I go over to my parents is when I go up and hug my dad and he kisses my forehead and says I love you sweetheart. He has always told me he loves me, and I always have and always will believe it. He has always put us first. Please take this into consideration with his sentencing. I know he has made mistakes. I do, but he knows he has too and has really worked to better himself and worked to improve. My dad is my hero and I love him. Please don't take him away from me, not now. Thank you for taking the time to read this and hear how much my dad means to me and my family. He really is our world. Thank you.

Sincerely,

*Lindsay Frantz*

Lindsay Frantz

4/2/10

I have known Dale Franty, since the early 1980's.

We worked together at Loeb's Department store, in Lafayette In.

Our daughter Angela (Angie) also worked there. Dale and Angie were attracted to each other, and started Dating. Not long after Dale asked my husband, Barry, for her hand in Marriage. They got married Dec 14th, 1985. Later they were blessed with a Son, Daniel, then a couple years later, Lindsay was born.

I must say that Dale has been a caring and wonderful father as Angie a great Mother + wife.

Dale always taught Daniel and Lindsay, good manners, and also made sure they were in Church every Sunday. He also sent them to Christian schools. Lindsay and Daniel have the greatest respect for their Father and Mother.

Dale has always been there for Barry + I. If we ever had a need he would always be there for us.

He has been a great and caring son-in-law. I am praying that you would take this letter in consideration.

Sharon E Disher
S Disher

12-2-10

I am writing you in regards to our son in law Dale A. Franta. We wanted to share with you who and what Dale is to us, from our perspective, having known him for over 25 years and as he and his wife Angie prepare to celebrate their 25th wedding aniversary on Dec. 14th. My family and I first met Dale when he worked at a local Dept. store where our daughter Angie and her mother also worked. It was during this time Dale and Angie began to date and were married, since then they have had two children, Daniel and Lindsay. Dale and Angie have done a wonderful job of raising our grandchildren, providing them Christian education in private schools during there formative years, and then public schools in Gig Harbour. During the years of living in Wa. St. Dale has provided travel for us to travel to Gig Harbor on several occasions to see them. Also since 2006 I have suffered some serious health and financial set backs, and Dale has always been there to see us through financially and physically by sending Angie to be here with us during those times of surgery's. In conclusion I could write pages of blessings that this part of our family has had on us as parents, as well as how they have come to the rescue of Angie's siblings and their familys also. It is my prayer and hearts desire that Grace and mercy be extended to my family at this time, and the same time knowing that these kinds of decisions must be difficult for you.

Thanks

Larry Diehm

Judge Bryan —

I am Thomas Frantz, the Father of Dale Frantz. I am writing on behalf of his mother, Joan, and myself.

I am 84 years old, and my wife is 81. My wife has advancing Alzheimer's disease and we are rapidly losing her to the terrible ravages of this disease. I myself am in poor health, with Type II Diabetes, Neuropathy, and Type I and Type II Skin Cancer.

I am not condoning what my son did or has done in his life. I wanted to let the court know for consideration that his bad choices in this case may have been caused in part by his mother and I.

We did not manage our money very well, and never taught Dale how to either, as we didn't have the skills ourself. We did not plan for the types of illnesses we have, or for the possibility of long-term care. As my wife's illness progressed we moved to Gig Harbor from Indianapolis, and placed a lot of responsibility for our care on my son and his family. In retrospect it was too great a burden, and I feel badly that we pushed him so hard. At the time I was most concerned about getting the treatment we needed for our health. I went through a serious bout with my Diabetes that almost killed me, and again responsibility for our care fell to Dale and his wife Angie.

Even now he continues to provide care for us, he is about he only person alive that my wife recognizes anymore. She is confused about who I am, but she does remember her son. He is faithful about visiting us every day, and administers my daily insulin shot.

My son is not a greedy or wealth-seeking person, he does not live in a multi-million dollar mansion or have six cars and boats and things. Most of the money he stole was spent on his family, for health care and other necessities.

I would ask for leniency in sentencing. I do not know how much longer I will live, or how much longer my wife will have any awareness of her surroundings. I'm do not know how I will face this without my son's help.

*Thomas B. Frantz*

Thomas B. Frantz

# CLINICAL & FORENSIC PSYCHOLOGY, INC., P.S.

*Services at the Interface of Psychology and Law*

3819 100th STREET S.W. • SUITE 6B • LAKEWOOD, WA 98499-4477 • (253) 984-7686 • FAX: (253) 984-7862

Mark B. Whitehill, Ph.D.
Psy. License No. 1200
Sex Off. Cert. No. FC35

Vincent T. Gollogly, Ph.D.
Psy. License No. 2233
Sex Off. Cert. No. FC145

Richard W. Washburn, Ph.D.
Psy. License No. 367

Richard MacLeod, MSW
Lic. Social Worker No. 7135
Sex Off. Cert. No. AF156

Paula G. van Pul, M.A.
Lic. MH Couns. No. 6828
Sex Off. Cert. No. FC207

Cynthia D. Beebe, M.Ed.
Lic. MH Couns. No. 9057

Amy Ross
Office Manager

December 7, 2010

Brett A. Purtzer, Esq.
Hester Law Group, Inc., P.S.
1008 Yakima Avenue
Ste. 302
Tacoma, Washington 98405-4850

RE:   Dale Nelson FRANTZ, DOB: 07-23-64
      Docket No. CR10-5431RJB-01

Dear Mr. Purtzer:

I am writing to summarize my therapy work with this 46-year-old married Caucasian father of two biological children and "adoptive" father of one, who has been a client since 01-11-10. To date, he has attended 22, 60-minute individual sessions. Mr. Frantz has displayed a high level of initiative and self-disclosure in the service of understanding his long-term pattern of criminal conduct. He has described openly and meticulously his crimes against Auto Warehousing Company (AWC), where he worked as Chief Information Officer. He has also described his previous theft conviction in the State of Indiana (1996) and his earlier crimes against Great Lakes Chemical (c. 1990).

In our work Mr. Frantz has explored the genesis of his compulsion to steal and its relationship to the disturbed dynamics within his family of origin that include being the "unwanted" child whose bedroom was a closet, and who received scant validation from his parents despite uncommon academic and extra-curricular success. Mr. Frantz grew up with significant resentment that he acted out passively, facilitated by superior intelligence. Narcissistic personality traits emerged in its wake and were likely consolidated by late adolescence, including a sense of entitlement and deficiencies of social conscience.

The tragic irony is that Mr. Frantz's criminal conduct occurred in an individual with many skills that he has used to the betterment of organizations and others. As he notes in his letter to the court, he has truly lived a "double-life."

In the year that I have worked with Mr. Frantz, he has made significant strides in understanding his behavior and appreciating its deleterious impact on others. Recently we have begun to formulate a relapse prevention plan that includes a range of checks and balances to maintain professional accountability and transparency in order to inoculate future employers against similar conduct. As a result, I take strong issue with the conclusion reached by U.S. Probation Officer Daniel L. Acker in his Presentence Report, *"The likelihood that (Mr. Frantz) will commit a similar crime against his next employer seems almost assured."*

**Adult, Adolescent & Child Psychotherapy • Certified Sex Offender Evaluation & Treatment
Child Custody & Dependency Evaluation • Developmental Disabilities Consultation**

*Dale Nelson FRANTZ, Docket No. CR10-5431RJB-01*
*December 7, 2010*
*-2-*

Mr. Frantz has acknowledged the range of consequences experienced by the victims of his conduct, and the secondary victims that include his family and all those who had placed trust in him. I believe that this is the first time in his life he has had to confront his misconduct so starkly.

Mr. Frantz is ready to face the consequences of his criminal conduct. Channeled adaptively, his talents could yield significant social benefit. I urge the court to consider these remarks at sentencing, and within a reasonable period allow Mr. Frantz the opportunity to continue the therapeutic work he has begun at this office.

Thank you for your attention to these remarks.

Very truly yours,

Mark B. Whitehill, Ph.D.
Licensed Psychologist